THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERROL FOWLER-GRAHAM, Appellant. [937 NYS2d 906]

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of two counts of robbery in the first degree (Penal Law § 160.15 [3]). Defendant waived his present contention that Supreme Court erred in failing to set forth on the record at sentencing the reasons for its statement that "[y]outhful offender status is denied" inasmuch as defendant did not contend at the time of sentencing that he was entitled to a youthful offender adjudication (*see People v McGowen*, 42 NY2d 905, 906 [1977], *rearg denied* 42 NY2d 1015 [1977]; *People v Crawford*, 85 AD3d 1620, 1620-1621 [2011], *lv denied* 17 NY3d 858 [2011]; *see generally* CPL 720.20 [1]). In addition, defendant failed to preserve for our review his contention that the court's failure to adjudicate him a youthful offender constitutes an abuse of discretion "inasmuch as he failed to seek that status either at the time of the plea proceedings or at sentencing" (*People v Fowler*, 28 AD3d 1183, 1184 [2006], *lv denied* 7 NY3d 788 [2006]; *see People v Wright*, 81 AD3d 1394 [2011]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). We also decline to grant defendant's request to exercise our interest of justice jurisdiction to afford him such status (*see People v Jock*, 68 AD3d 1816 [2009], *lv denied* 14 NY3d 801 [2010]). Finally, the sentence is not unduly harsh or severe. Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.